IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, ET AL<br><br>Plaintiffs,<br><br>v.<br><br>A.H. PALMER & SONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:15-cv-00637<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated December 8, 2015. Defendant has not filed any objections to the Report and Recommendation. Based on a <u>de novo</u> review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that a default judgment be entered against the Defendant, in favor of Plaintiffs in the total amount of $9,530.45, which consists of the following:

The National Pension Fund is entitled to recover $5,771.25 in contributions for the months May 2014 through July 2014; $577.13 in liquidated damages for the same period; and, $691.42

in interest accruing from the date due through July 17, 2015, for a total damages award of $7,039.80.

The International Training Fund is entitled to recover $213.56 in delinquent contributions for the months May 2014 through July 2014; $42.71 in liquidated damages for the same period; and, $25.59 in interest through July 17, 2015, for a total damages award of $281.86.

The National Pension Fund is also entitled to $2,208.79 in attorney's fees and costs ($1,457.50 in attorney's fees and $751.29 in costs).

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 13, 2016